## UNITED STATES DISTRICT COURT
## NORTHERN DISTICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL H. MOORE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Case No. 21-CV-2016-CVE-JFJ |
| **BLUE CROSS BLUE SHIELD OF MICHIGAN,** | ) ) ) ) |
| **Defendant.** | ) |

### PLAITNIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter.  Counsel for the parties are in the process of preparing and finalizing the Stipulated Dismissal ("*Dismissal*").  The parties intend to file the *Dismissal* as soon as practicable, but respectfully request that the parties are given 30 days to file said *Dismissal*. Accordingly, Plaintiff respectfully request that the court vacate all deadlines as set forth in this matter.

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

**Dated this 9th day of July, 2021.**

Respectfully submitted,

/s/ G. Gene Thompson
G. Gene Thompson, Esq., OBA No. 31243
Margaret Cook, Esq., OBA No. 31357
Keri D. Palacios, Esq., OBA No. 34175
CREEK COUNTY LAW, PLLC
101 E. Lee Ave.
Sapulpa, OK 74066
Telephone: 918.223-3044
Facsimile:  918.998-0344
Email: gene@creekcountylaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Alison M. Howard
Alison M. Howard OBA No. 19835
CROWE & DUNLEVY
101 E. Lee Ave.
Oklahoma City, OK 73102
Telephone: 405.239.6675
Facsimile:  405.272.5933
Email: alison.howard@crowedunlevy.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July 2021, a true and complete copy of the above and foregoing *Notice and Motion* was served via the Court's CM/ECF System:

Alison M. Howard
CROWE & DUNLEVY
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
*Attorney for the Defendant*

/S/ G. Gene Thompson
G. Gene Thompson, *Attorney for Plaintiff*