### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL H. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-cv-216-CVE-JFJ |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, appearing through their counsel, hereby stipulate to the dismissal with prejudice of the above-styled action, with each party to bear his/its own attorney fees and costs.

DATED this 26th day of August, 2021.

| | |
|---|---|
| s/G. Gene Thompson                        . | s/Alison M. Howard                              . |
| G. Gene Thompson | *(signed by filing attorney with permission* |
| Keri D. Palacios | *from Alison M. Howard)* |
| Creek County Law, PLLC | Alison M. Howard |
| 101 E. Lee Avenue | CROWE & DUNLEVY, |
| Sapulpa, OK 74066 | A PROFESSIONAL CORPORATION |
| (918) 223-3034 | 324 North Robinson, Suite 100 |
| gene@creekcountylaw.com | Oklahoma City, OK 73102 |
| keri@creekcountylaw.com | (405) 235-7700 |
| | alison.howard@crowedunlevy.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |